IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| LBU FRANCHISES CORPORATION, | § | Case No. 18-36106 |
| | § | Chapter 11 |
| DEBTOR-IN-POSESSION. | § | |

**DEBTOR'S EMERGENCY MOTION FOR USE OF CASH COLLATERAL**

**THIS MOTION SEEKS AN ORDER THAT MAY ADVERSELY AFFECT YOU. IF YOU OPPOSE THE MOTION, YOU SHOULD IMMEDIATELY CONTACT THE MOVING PARTY TO RESOLVE THE DISPUTE. IF YOU AND THE MOVING PARTY CANNOT AGREE, YOU MUST FILE A RESPONSE AND SEND A COPY TO THE MOVING PARTY. YOU MUST FILE AND SERVE YOUR RESPONSE WITHIN 21 DAYS OF THE DATE THIS WAS SERVED ON YOU. YOUR RESPONSE MUST STATE WHY THE MOTION SHOULD NOT BE GRANTED. IF YOU DO NOT FILE A TIMELY RESPONSE, THE RELIEF MAY BE GRANTED WITHOUT FURTHER NOTICE TO YOU. IF YOU OPPOSE THE MOTION AND HAVE NOT REACHED AN AGREEMENT, YOU MUST ATTEND THE HEARING. UNLESS THE PARTIES AGREE OTHERWISE, THE COURT MAY CONSIDER EVIDENCE AT THE HEARING AND MAY DECIDE THE MOTION AT THE HEARING.**

**REPRESENTED PARTIES SHOULD ACT THROUGH THEIR ATTORNEY.**

**EMERGENCY RELIEF HAS BEEN REQUESTED. IF THE COURT CONSIDERS THE MOTION ON AN EMERGENCY BASIS, THEN YOU WILL HAVE LESS THAN 21 DAYS TO ANSWER. IF YOU OBJECT TO THE REQUESTED RELIEF OR IF YOU BELIEVE THAT THE EMERGENCY CONSIDERATION IS NOT WARRANTED, YOU SHOULD FILE AN IMMEDIATE RESPONSE.**

**DEBTOR REQUESTS THE COURT HEAR THE MOTION ON NOVEMBER 5, 2018 OR AS SOON AS PRACTICALLY POSSIBLE.**

TO THE HONORABLE UNITED STATES BANKRUPTCY COURT:

COMES NOW, LBU Franchises Corporation ("Debtor"), with its Emergency Motion for Use of Cash Collateral ("Motion"), pursuant to 11 U.S.C. §§ 361(2) and 363(c)(2), and in support thereof would respectfully show unto this Court as follows:

**BASIS FOR EMERGENCY CONSIDERATION**

1. Debtor respectfully requests the Court consider this Motion on an emergency basis pursuant to Federal Rule of Bankruptcy Procedure 4001(b)(2). Debtor believes that an orderly transition into bankruptcy is crucial to the viability its operations and any delay in obtaining the use of cash collateral would leave Debtor unable to meet important obligations to employees and vendors. If Debtor does not meet those obligations, it could be forced to close, which would cause likely foreclose its ability to reorganize and pay its creditors.

**PARTIES**

2. Debtor may be served through its President, David Bekker.

3. There are six creditors that claim liens on Debtor's assets by UCC-1 Financing Statements. One of the financing statements was filed by Corporation Service Company, as representative for an undisclosed party. Below is a list of all parties that have filed UCC-1 Financing Statements and those that Debtor believes may have filed UCC-1 Financing Statements.

    a. **Known Lienholders**

        i. Internal Revenue Service ("IRS"), which may be served at P.O. Box 7346, Philadelphia, Pennsylvania 19101.

        ii. Ace Funding Source LLC ("Ace"), which may be served through its registered agent Registered Agents, Inc., at 90 State Street, Suite 700, Office 40, Albany, New York 12207, with a copy to its President at 366 North Broadway, Jericho, New York 11753.

        iii. Acme Company (believed to be Mantis Funding, LLC ("Mantis")), which can be served through its registered agent Business Filings Incorporated at 187 Wolf Road, Suite 101, Albany, New York 12205

with a copy to its President at 64 Beaver Street Suite #344, New York, New York 10004.

iv. Mr. Advance LLC ("Advance"), which may be served by mailing a copy to its President at 35-12 19th Avenue, 3W, Astoria, New York 11105 *and* 31-10 37th Avenue, #202, Long Island City, New York 11101.

v. CFG Merchant Solutions LLC ("CFG"), which may be served through its registered agent Corporation Service Company at 80 State Street, Albany, New York 12207, with a copy to its President at 2017 Route 17 North, Suite 805, Rutherford, New Jersey 07070.

b. **Other Potential Lienholders**

i. Midnight Capital LLC ("Midnight"), which may be served through its registered agent USA Corp NY LLC at 325 Division Avenue, Suite 201, Brooklyn, New York 11211, with a copy to its President at 128 32nd Street, Brooklyn, New York 11232.

ii. Yellowstone Capital LLC ("Yellowstone"), which may be served through its registered agent Business Filings Incorporated at 187 Wolf Road, Suite 101, Albany, New York 12205, with a copy to its President at One Evertrust Plaza, Suite 1401, Jersey City, New Jersey 07302.

iii. Yes Capital Group ("Yes"), which may be served through its registered agent The Limited Liability Company, 1233 48th Street, Brooklyn, New York 11219.

### JURISDICTION AND VENUE

4. The Court has jurisdiction pursuant to 28 U.S.C. § 1334, venue is appropriate

pursuant to 28 U.S.C. § 1408, and this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(M).

## NOTICE

5.      Adequate notice of the Motion has been given to prevent immediate and irreparable harm consistent with Federal Rule of Bankruptcy Procedure 4001(b) and Local Bankruptcy Rule 4002-1(i).

## FACTS

6.      Debtor was formed in the late 1980's. Debtor is in good standing with the Secretary of the State of Texas.

7.      Debtor is in the business of selling lightbulbs to primarily retail customers.

8.      On November 2, 2018, Debtor filed a voluntary Chapter 11 petition to protect its business as an ongoing concern. No Trustee has been appointed and the Debtor is operating as a Debtor-in-Possession.

## PRE-PETITION LIENS

9.      Debtor has engaged in numerous merchant agreements with each the parties listed in paragraph 3, excluding the IRS.

10.     In each of these merchant agreements, Debtor agreed to sell its future receivables to the purported lienholders. As part of the sale, Debtor granted each of the lienholders security interests.

11.     A summary of the lienholders and their collateral is shown below:

| Name | Price | Purchased | Owed[1] | Collateral | Date Sold | UCC Recorded[2] |
|---|---|---|---|---|---|---|
| Ace (Ex. C) | $64,000 | $95,936 | $47,217 | Accounts, Chattel Paper, Documents, Equipment, General Intangibles, Instruments, Inventory | 6/27/18 | 7/13/18 |
| Mantis | Unknown | Unknown | $624 | Unknown | Unknown | 7/26/18 |
| Advance (Ex. D) | $12.000 | $17,880 | ≈$5,000 | Accounts, Chattel Paper, Documents, Equipment, General Intangibles, Instruments, Inventory | 6/27/18 | 9/28/18 |
| CFG (Ex. E) | $15,000 | $22,485 | $3,005.58 | Accounts | 7/13/18 | 7/19/18 |
| Midnight (Ex. F) | $52,623 | $75,778 | $35,519 | Unknown | 6/6/18 | Unknown |
| Yellowstone (Ex. G) | $45,000 | $65,655 | $36,310 | Accounts, Chattel Paper, Documents, Equipment, General Intangibles, Instruments, Inventory | 6/26/18 | Unknown |
| Yes (Ex. H) | $124,000 | $195,776 | ≈$140,000 | All Assets | 9/13/18 10/15/18 10/19/18 | Unknown |

---

[1] As claimed by creditor.
[2] Some of these UCC-1 filings may constitute voidable preferences under 11 U.S.C. § 547.

12. Debtor believes the remaining lien arises from Debtor's failure to pay 941 taxes from the 4th quarter of 2016 through the 1st quarter of 2018. Debtor believes the IRS' claim is $101,497.52. Prior to filing, Debtor was negotiating a payment plan with the IRS.

### CASH COLLATERAL

13. Debtor requires the emergency use of cash collateral in the amount of $66,340 for the next twenty (20) days to meet regular expenses needed to continue its business operations. Most of these funds are for payroll and vendor payments. The anticipated income for this period is $75,000. A copy of the anticipated budget for the next 20 days is attached as Exhibit "A" for reference.

14. In addition, Debtor requires the use of cash collateral in the amount of $94,866 monthly. The anticipated monthly income is $110,000. A copy of the monthly budget is attached as Exhibit "B" for reference.

15. Without the use of cash collateral, Debtor will be unable to retain or pay employees, maintain its assets, pay payroll taxes, suppliers, overhead, and other expenses necessary for its reorganization.

16. As adequate protection for the use of cash collateral, Debtor shall agree, with Court approval, to grant replacement liens to all lienholders equal to those validly held pre-petition.

17. Additionally, Debtor shall make an adequate protection payment of $7,500 on the 1st of each month, with each party listed in paragraph 3 receiving a pro-rata share according to the amount owed in paragraph 11. Each party's proposed monthly distribution is listed in Exhibit "B".

18. The adequate protection payment shall be applied to the amount owed the creditor. Any payments made in excess of a creditor's approved claim or to an unsecured party may be subject to turnover in the future under 11 U.S.C. § 549(a)(2)(A).

**PRAYER FOR RELIEF**

WHEREFORE, Debtor prays the Court conduct an Emergency Hearing on the Emergency Motion to Use Cash Collateral, enter an Order for Emergency Use of the Cash Collateral for the Period of November 2, 2018 through November 22, 2018, set a final hearing on the Motion, enter an Order for Use of Cash Collateral after the hearing, and for such other and further relief, at law and in equity, as the Court deems just.

Dated: November 2, 2018               Respectfully submitted,

                                                              The Gerger Law Firm, PLLC

                                                              By: /s/ Alan S. Gerger
                                                              Alan S. Gerger
                                                              State Bar No. 07816350
                                                              Federal ID No. 2646
                                                              asgerger@gerglaw.com
                                                              Broocks M. Wilson
                                                              State Bar No. 24102655
                                                              Federal ID No. 3125979
                                                              mwilson@gerglaw.com
                                                              2211 Norfolk Street, Suite 517
                                                              Houston, Texas 77098
                                                              Telephone: 713-300-1430
                                                              Facsimile: 888-317-0281
                                                              ATTORNEYS FOR DEBTOR

CERTIFICATE OF ACCURACY

This is to certify that the information in this emergency motion is accurate.

                                                              By: /s/ Alan S. Gerger

CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing was served upon those shown below by the method indicated and upon the attached service list by United States first class mail on November 2, 2018:

Office of the U.S. Trustee
515 Rusk Avenue, Ste. 3516
Houston, Texas 77002
*Via ECF*

Corporation Service Company, As Representative
P.O. Box 2576
Springfield, Illinois 62708
*Via First Class Mail*

Ace Funding Source LLC
c/o Registered Agents, Inc.
90 State Street, Suite 700, Office 40
Albany, New York 12207
*Via First Class Mail*

Ace Funding Source LLC
President
366 North Broadway
Jericho, New York 11753.
*Via First Class Mail*

Acme Company
64 Beaver Street Suite #344
New York, New York 10004
*Via First Class Mail*

Ace Fundings Source LLC
Henry Guttman
hg@acefunding.llc.com
*Via E-mail*

Mantis Funding, LLC
c/o Business Filings Incorporated
187 Wolf Road, Suite 101
Albany, New York 12205
*Via First Class Mail*

Mantis Funding, LLC

President
64 Beaver Street Suite #344
New York, New York 10004.
*Via First Class Mail*

Mantis Funding, LLC
c/o Mitchell Shapiro, Esq.
mitch@mantisfunding.com
*Via E-mail*

Mr. Advance LLC
President
35-12 19th Avenue, 3W
Astoria, New York 11105
*Via First Class Mail*

Mr. Advance LLC
President
31-10 37th Avenue, #202
Long Island City, New York 11101
*Via First Class Mail*

Mr. Advance LLC
Michael Kay
michael@citicapitalllc.com
*Via E-mail*

CFG Merchant Solutions LLC
c/o Corporation Service Company
80 State Street
Albany, New York 12207
*Via First Class Mail*

CFG Merchant Solutions LLC
President
2017 Route 17 North, Suite 805
Rutherford, New Jersey 07070.
*Via First Class Mail*

CFG Merchant Solutions LLC
Naomi Garcia
ngarcia@cfgms.com

Midnight Capital, LLC
c/o USA Corp NY LLC
325 Division Avenue, Suite 201

Brooklyn, New York 11211
*Via First Class Mail*

Midnight Capital, LLC
President
128 32nd Street
Brooklyn, New York 11232
*Via First Class Mail*

Midnight Capital, LLC
Galina Reznick
galina@atlasadvancedfunding.com
*Via E-mail*

Yellowstone Capital
c/o Business Filings Incorporated
187 Wolf Road, Suite 101
Albany, New York 12205
*Via First Class Mail*

Yellowstone Capital
President
One Evertrust Plaza, Suite 1401
Jersey City, New Jersey 07302
*Via First Class Mail*

Yellowstone Capital
Jim McNeil
jmcneil@yellowstonecapllc.com
*Via E-mail*

Yes Capital Group
c/o The Limited Liability Company
1233 48th Street
Brooklyn, New York 11219
*Via First Class Mail*

Internal Revenue Service
P.O. Box 7346
Philadelphia, Pennsylvania 19101
*Via First Class Mail*

Joe Lieberman, Esq.
joe@liebermanlegal.com
*Via E-mail*

By: */s/ Alan S. Gerger*
Alan S. Gerger

```
Ace Funding Source, LLC              CNA                                  Satco
90 State Street, Suite 700           3003 Washington Blvd.                2000 Valwood Pkwy
Office 40                            Arlington, VA 22201                  Dallas, TX 75234
Albany, NY 12207


American Express                     CPI Advanced, Inc.                   Southland Hardware
200 Vesey Street                     14708 Central Ave                    1822  Westheimer Rd.
New York, NY 10285                   Chino, CA 91710                      Houston, TX 77098


American Lighting                    Fanlight Corporation                 Texas Comptroller
15810 Park Ten Place, Suite 380      2000 S. Grove Ave B.                 1919 N Loop W #640
Houston, TX 77084                    Ontario, CA 91761                    Houston, TX 77008


Aspen Brands                         Fulham Company Inc.                  TXU
1305 E Wakeham Ave                   12705 Van Ness Ave                   P.O. Box 650700
Santa Ana, CA 92705                  Hawthorne, CA 90250                  Dallas, TX 75265-0700


AT&T                                 Harris County Tax Office             UPS Freight
P.O. Box 10330                       1001 Preston St.                     1000 Semmes Avenue
Fort Wayne, IN 46851                 Houston, TX 77002                    P.O. Box 1216
                                                                          Richmond, VA 23218-1216


BGW Properties                       House of Troy                        Yellowstone Capital, LLC
5100 San Felipe Street 381E          902 Silver Ridge R.d                 30 Broad Street, Suite 1462
Houston, TX 77056                    Hyde Park, VT 05655                  New York, NY 10004


Broadstreet 1523 Corp.               Internal Revenue Service             YES Capital Group
1523 E. 4th Str.                     Special Procedures Staff-Insolvency  1233 48th Street
Brooklyn, NY 11230                   P.O. Box 7346                        Brooklyn, NY 11219
                                     Philadelphia, PA 19101-7346


CAL Lighting                         Midnight Advance, LLC
3625 E Philadelphia St               1080 McDonald Avenue
Ontario, CA 91761                    Brooklyn, NY 11230


CFG Merchant Solutions, LLC          Mr. Advance, LLC
180 Maiden Lane, Floor 15            3110 37th Avenue, #202
New York, NY 10038                   Long Island City, NY 11101


City of Houston                      Sandstone Equity Partners
P.O. Box 1562                        140 Broadway, 46th Floor
Houston, TX 77251                    New York City, NY 10005
```